IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID BATES,
ADC #155212                                                                                    PLAINTIFF

VS.                          No. 3:17-CV-00030 BRW/BD

MILLS, et al.                                                                                  DEFENDANTS

## ORDER

I have received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, I approve and adopt Recommendation in all respects.

Mr. Bates's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's February 27, 2017 order, and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 20th day of June, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE