IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVID BATES,**
**ADC #155212**                                                                                                     **PLAINTIFF**

**VS.**                       No. 3:17-CV-00030 BRW/BD

**MILLS, et al.**                                                                               **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED.

IT IS SO ORDERED, this 20th day of June, 2017.

                                               /s/ Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE